UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>IKEA HOLDING, U.S., INC., a Delaware Corporation doing business as IKEA, and DOES 1 to XX,,<br><br>    Defendant. | Case No. 14-CV-01883-MCE-CKD<br><br>**ORDER UPON STIPULATION TO DISMISS THE CASE WITH PREJUDICE AS TO ALL DEFENDANTS**<br><br>**[F.R.C.P. 41(a)]**<br><br>The Hon. Morrison C. England |

The Court having considered the Stipulation By All Parties, through their respective counsel of record, orders the following:

1. All Defendants shall be **dismissed with prejudice** from this action by Plaintiff.

2. This dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

/ / /

/ / /

/ / /

/ / /

/ / /

Submitted by:

Jeffrey M. Lenkov, Esq., SBN 156478
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com
Attorneys for Defendant, IKEA US WEST, INC. [Erroneously sued herein as IKEA HOLDING, U.S., INC.]

## ORDER

Pursuant to the stipulation of the parties (ECF No. 3) and Federal Rule of Civil Procedure, all Defendants are DISMISSED with prejudice. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT